NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DU TRUONG NGUYEN,**

*Petitioner*

**v.**

**PAMELA BONDI, Attorney General,**

*Respondent*

---

2026-1123

---

Petition for review of the Board of Immigration Appeals in No. A203-015-415.

---

## ON MOTION

---

Before TARANTO, MAYER, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of Du Truong Nguyen's motion to withdraw his appeal, ECF No. 6, and Pamela Bondi's non-response to this court's order asking whether she believes each party should bear its own costs,

IT IS ORDERED THAT:

2                                                         NGUYEN v. BONDI

(1) The motion is granted.  The appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 17, 2026
Date